UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIBERTY INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), <br><br> Defendant. | Case No.: 2:22-cv-04945 |

**STIPULATED JUDGMENT**

Plaintiff Liberty Insurance Corp. ("Liberty" or "Plaintiff") and Defendant National Railroad Passenger Corporation ("Amtrak" or "Defendant") have agreed to the entry of this Stipulated Judgment:

1. Plaintiff Liberty is organized under the laws of the State of Illinois and has its principal place of business at 175 Berkeley Street, Boston, Massachusetts.

2. Defendant Amtrak is a corporation formed by an Act of Congress, majority owned by the United States of America, with its principal place of business in Washington, D.C.

3. Plaintiff Joseph R. Rash filed a Complaint in the matter styled, <u>Joseph R. Rash vs. National Railroad Passenger Corporation (Amtrak), et al.</u>, Case No. 2:21-cv-04032-MSG, venued in the United States District Court for the Eastern District of Pennsylvania (the "Underlying Action").

4. Liberty issued a commercial general liability policy to its Named Insured, TUCS, policy number TB7-691-443790-050, for the policy period of November 15, 2020 to November 15, 2021 (the "Liberty Policy").

5. The Underlying Action was tendered to Liberty on behalf of Amtrak.

6. In that tender it was asserted that Amtrak was an additional insured under the Liberty Policy and therefore was entitled to coverage for the Underlying Action.

7. Ultimately, Liberty disclaimed coverage asserting that Amtrak was not entitled to coverage as an additional insured under the Liberty Policy.

8. Liberty filed this declaratory judgment action against Amtrak, Case No. 2:22-cv-04945-WJM-LDW, venued in the United States District Court, District of New Jersey, seeking a declaration that Liberty is not obligated to provide Defendant Amtrak with a defense or indemnification as an additional insured under the Liberty Policy in connection with the claims against Amtrak in the Underlying Action (the "Declaratory Judgment Action").

**NOW, THEREFORE,** Liberty and Amtrak intend to be legally bound, stipulate and agree to the entry of final judgment in favor of Liberty, specifically that Liberty is not obligated to provide Defendant Amtrak with a defense or indemnification as an additional insured under the Liberty Policy in connection with the claims against Amtrak in the Underlying Action, with each party in this action to bear its own costs and legal fees.

| | |
|---|---|
| KENNEDYS CMK LLP | HOHN & SCHEÜERLE, LLC |
| s/ Gary s. Kull | s/ Richard K. Hohn |
| Gary S. Kull, Esq. | Richard K. Hohn, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Dated: February 15, 2023 | Dated: February 15, 2023 |

SO ORDERED this 16th date of February, 2023

_____
HONORABLE WILLIAM J. MARTINI
United States District Court Judge